# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR17-86-CAS |
|     Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| PETER BRIAN FLORES, | ) | SUPERVISED RELEASE AND JUDGMENT |
|     Defendant. | ) | |
| _____ | ) | |

On June 1, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 25, 2017. Government counsel, Lauren Restrepo, the defendant and his attorney, Ambrosio Rodriguez, were present. The U.S. Probation Officer, Joshua Gallenberger, was also present.

The government and probation officer's motion to dismiss allegations 3 and 4 as stated in the Petition is granted without prejudice. The defendant admitted to allegations 1 and 2, in violation of his supervised release, as stated in the Petition filed on May 25, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 30, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant's supervised release is revoked as of 12 noon, on July 6, 2017. The U.S. Probation Office will continue supervision of defendant until 12 noon, on July 6, 2017. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of

TWENTY-SEVEN (27) MONTHS.  Upon release from imprisonment, defendant shall be placed on supervised release for a period of THIRTY-SIX (36) MONTHS, under the same terms and conditions previously imposed, with the added conditions, as follows:

- Upon release from imprisonment, defendant shall reside at and participate in a residential drug treatment program approved by the U.S. Probation Office for a period of six (6) months until discharged by the Program Director and Probation Officer; and
- Defendant shall abstain from alcohol.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on July 6, 2017.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

DATED: June 2, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:___/S/_____
Connie Lee,  Deputy Clerk

2