O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>PETER BRIAN FLORES,<br>    Defendant.<br>_____ | CASE NO. CR17-86-CAS - 1<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On June 1, 2017 and January 22, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 25, 2017, and Supplemental Petition on Probation and Supervised Release originally filed on July 3, 2017. Government counsel, Lauren Restrepo, the defendant and his retained attorney, Ambrosio Rodriguez, were present. The U.S. Probation Officer, Joshua Gallenberger, was also present.

The defendant admitted to allegation nos. 1 and 2, in violation of his supervised release, as stated in the Petition filed on May 25, 2017, and allegation nos. 5 and 6, in violation of his supervised release, as stated in the Supplemental Petition filed on July 3, 2017. The government and probation officer's motion to dismiss allegations 3 and 4 as stated in the Petition filed May 25, 2017, is granted without prejudice. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 30, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY-SEVEN (27) MONTHS. Upon release from imprisonment, defendant shall be placed on supervised release for a period of THIRTY-SIX (36) MONTHS, under the same terms and conditions previously imposed, with the added conditions, as follows:

- Upon release from imprisonment and upon determination by the U.S. Probation officer, may place defendant in an inpatient or outpatient drug and alcohol program approved by the U.S. Probation Office for a period not to exceed six (6) months. U.S. Probation Office to determine whether defendant shall be liable to pay or not pay for the program; and
- Defendant shall abstain from alcohol.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

DATED: January 22, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: \_\_\_/S/_____
     Catherine Jeang, Deputy Clerk